**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1119**

ADDIE D. CAMPBELL,

                Plaintiff – Appellant,

     v.

CHESTER COUNTY SCHOOL DISTRICT,

                Defendant – Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Cameron McGowan Currie, District Judge.  (0:09-cv-00411-CMC)

Submitted:  July 29, 2011     Decided:  September 15, 2011

Before GREGORY, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Addie D. Campbell, Appellant Pro Se.  Jasmine Rogers Drain, Allen Dean Smith, CHILDS & HALLIGAN, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Addie D. Campbell appeals the district court's order adopting the magistrate judge's report and recommendation and granting summary judgment for Defendant in this employment discrimination action. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Campbell's informal brief does not challenge the basis for the district court's disposition, Campbell has forfeited appellate review of the court's order. Moreover, to the extent Campbell seeks to raise new claims on appeal, those claims are foreclosed by her failure to raise them in the district court. Finally, to the extent Campbell seeks to raise an ineffective assistance of counsel claim, the Sixth Amendment's guarantee of effective assistance does not apply to civil actions. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED